IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

BRANDON CHRISHON POLK, )
)
Plaintiff, )
)
v. ) 1:24cv744
)
D. CLARK, et al., )
)
Defendants. )

## ORDER

On July 2, 2026, the Recommendation of the United States Magistrate Judge was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). No objections were filed within the time limits prescribed by section 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that all claims against Defendants Sumpter, J. Williams, and Davis are dismissed without prejudice, pursuant to Federal Rule of Civil Procedure 4(m).

/s/   Thomas D. Schroeder
United States District Judge

August 12, 2026